PROB 12B
(7/93)

# United States District Court

### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Urbanski, Christopher                Case Number 2:03CR00105-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: October 3, 2003

Original Offense: Conspiracy to Manufacture Counterfeit Currency, 18 U.S.C. §§ 371 and 471

Original Sentence: 30 months prison and 36 months TSR

Type of Supervision: Supervised release        Date Supervision Commenced: June 24, 2005

## PETITIONING THE COURT

[ ]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Recent contact with the chemical dependency case manager and the offender suggest that the above-mentioned modification is appropriate. Christopher Urbanski commenced a 3-year term of supervised release on June 24, 2005, in the Eastern District of Washington. His supervision term is due to expire on June 23, 2008.

Mr. Urbanski has expressed an interest in participating in mental health treatment. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition. Mr. Urbanski signed the attached waiver of hearing and is in agreement to modify his conditions of supervision, if the Court is inclined to do so.

It is respectfully recommended, that the attached waiver of hearing to modify the conditions of supervised release be adopted requiring Christopher Urbanski to participate in mental health treatment at the direction of the probation office.

Name of Offender: Urbanski, Christopher                                Case Number 2:03CR00105-001

                                            Respectfully submitted,

                            by  *[signature]*
                                    Tommy Rosser
                                    U.S. Probation Officer
                                    Date:

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

                                         *[signature]*
                                  Signature of Judicial Officer
                                  Date: July 14, 2005

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

Name: URBANSKI, Christopher          Docket No.: 2:03CR00105-001

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

Witness: _____          Signed: _____
          U.S. Probation Officer                                   Probationer or Supervised Releasee

                                     7/8/03
                                     DATE