PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 19 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Edward Urbanski        Case Number: 2:03CR00105-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/03/2003        Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture        Date Supervision Commenced: 06/24/2005
Counterfeit Currency, 18 U.S.C. § 471

Original Sentence: Prison - 30 Months; TSR - 36        Date Supervision Expires: 06/23/2008
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Christopher Urbanski violated conditions of his supervised release by consuming cocaine on or about October 26, 2005, contrary to condition number 7 of the conditions of supervised release.

On October 27, 2005, Christopher Urbanski was summoned to the Iverson Center for urine testing. The sample was tested on site and returned a presumptive positive reading for cocaine metabolites. Subsequently, the sample was forwarded to Scientific Testing Laboratories for further analysis. On November 7, 2005, he reported to the United States Probation Office and signed an admission of drug use form acknowledging cocaine consumption on or about October 26, 2005. Christopher Urbanski advised that he consumed the controlled substance while with an acquaintance. In addition, on October 12, 2005, the offender appeared for urinalysis testing while under the influence of alcohol. He submitted a valid breath sample which resulted in a .122 reading.

Prob 12B
**Re: Urbanski, Christopher Edward**
**December 8, 2005**
Page 2

**U.S. Probation Officer Action**: As an intermediate sanction, Christopher Urbanski was directed to abstain from the use of controlled substances and excessive use of alcohol for the remainder of supervision. Additionally, the frequency of urinalysis testing will continue to occur no less than once weekly. The offender was also directed to participate in substance abuse counseling to include group and individual meetings. The undersigned officer discussed this matter with the chemical dependency counselor and confirmed the offender will begin counseling at once.

On December 6, 2005, the offender signed a waiver of hearing agreeing to abstain from alcohol and submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer. It is respectfully recommended that the Court adopt the waiver of hearing to modify conditions as outlined above.

It is hoped that the intermediate sanction imposed meets with the expectations of the Court. Please advise this officer should Your Honor require a different course of action or a court appearance by the defendant.

Respectfully submitted,

by Tommy Rosser
U.S. Probation Officer
Date: December 8, 2005

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/12/05
Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, __Urbanski, Christopher__, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

__Cocaine__                                     __10/26/05__
DRUG                                              DATE

_____                                 _____
DRUG                                              DATE

_____                                 _____
DRUG                                              DATE

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED  _Chris Urbanski_   _11/7/05_
         Defendant/Offender   Date

_[signature]_  _11/7/05_
USPTSO/USPO    Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

     You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
          Tommy Rosser                           Christopher Edward Urbanski
    U.S. Probation Officer                   Probationer or Supervised Releasee

_____
12/16/05
Date