PROB 12B
(7/93)

Report Date: March 8, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Edward Urbanski     Case Number: 2:03CR00105-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, U.S. District Judge

Date of Original Sentence: 10/03/2003     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture Counterfeit Currency, 18 U.S.C. § 471     Date Supervision Commenced: 06/24/2005

Original Sentence: Prison - 30 Months; TSR - 36 Months     Date Supervision Expires: 06/23/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall reside in a community corrections center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Christopher Urbanski violated the conditions of his supervised release by consuming methamphetamine on or about February 20, 2006, contrary to standard condition number 7.

On March 8, 2006, Christopher Urbanski signed a waiver of hearing agreeing to participate in a community corrections center for a period of up to 180 days. The offender is amenable to substance abuse counseling and residing in a stable environment while addressing his drug abuse issues. The undersigned officer will facilitate placement at the Turner House, if Your Honor concurs.

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervised Release be adopted to require Christopher Urbanski to reside in, and satisfactorily participate in, a community corrections center program as a condition of supervised release for 180 days.

Respectfully submitted,

by  *[signature]*

Tommy Rosser
U.S. Probation Officer
Date: March 8, 2006

Prob 12B
Re: Urbanski, Christopher Edward
March 8, 2006
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

3/8/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

You shall reside in a community corrections center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
Tommy Rosser                                           Christopher Edward Urbanski
U.S. Probation Officer                                 Probationer or Supervised Releasee

3/8/06
Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, _____Urbanski, Chris_____, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| DRUG | DATE |
|---|---|
| Methamphetamine | 2/18/06 |
| | |
| | |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _____[signature] Chris Urbanski_____  3/8/06
                  Defendant/Offender          Date

_____[signature]_____  3/8/06
USPTSO/USPO            Date