PROB 12B
(7/93)

Report Date: November 29, 2006

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Edward Urbanski       Case Number: 2:03CR00105-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/3/2003               Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture Counterfeit Currency, 18 U.S.C. § 471

Date Supervision Commenced: 6/24/2005

Original Sentence: Prison - 30 Months; TSR - 36 Months

Date Supervision Expires: 6/23/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall reside in a community corrections center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Christopher Urbanski violated the conditions of his supervised release by committing the crime of Assault in the 4th Degree - Domestic Violence on or about November 15, 2006, in Spokane, Washington, in violation of the general condition that he not commit another Federal, state or local crime. He also violated the conditions of supervision by consuming alcohol from September 9, 2006 (date of release from Bannum Place) through November 29, 2006, contrary to special condition imposed by the Court on December 12, 2005. The Court my recall the offender has violated the terms of supervised release on two separate occasions by consuming illicit drugs and/or alcohol. Violation reports were submitted to the Court in both instances.

According to Spokane Police Department (report # 06-347872) Christopher Urbanski, on or about November 15, 2006, did assault Anissa Townsend, by intentionally touching and/or striking said person in an offensive and/or unlawful manner and/or by an intentional act created in said person reasonable apprehension and/or fear of bodily injury.

On November 20, 2006, the offender appeared in Spokane Municipal Court and a preliminary hearing was set for December 11, 2006. An order prohibiting contact with the victim, Anissa Townsend, was also entered, and is in effect until further order by the Court. As of this date, the assault in the 4th Degree - Domestic Violence case has not been adjudicated at the lower court level. The undersigned officer will continue to monitor the status of the pending

charge and apprise the Court of any disposition.

On November 29, 2006, the offender was contacted at his home during an unannounced visit. The undersigned officer upon entering the residence immediately observed open containers of alcohol throughout the apartment. The offender was directed to dispose of the alcoholic beverage located in the apartment. During the subsequent in-office meeting with the offender, he acknowledged violating conditions of supervision by consuming alcohol.

On November 30, 2006, Christopher Urbanski signed a waiver of hearing agreeing to participate in a residential re-entry center (RRC) program for a period of up to 180 days. The offender is amenable to resuming substance abuse counseling and residing in a stable environment while addressing his addiction issues. The offender is currently unemployed and most likely to lose his apartment as a result. The undersigned officer is prepared to facilitate placement at the Bannum Place, if Your Honor concurs. It is believed that the environment at the RRC will provide a conducive atmosphere for the offender to address his substance abuse issues and reestablish himself in the workforce.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require Christopher Urbanski to reside in, and satisfactorily participate in, a residential re-entry center program as a condition of supervised release for 180 days.

Respectfully submitted,

by Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date: November 29, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

December 6, 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

You shall reside in a community corrections center for a period of up to 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

Witness: ___Tommy Rosser___  Signed: ___Chris Urbanski___
Tommy Rosser                    Christopher Edward Urbanski
U.S. Probation Officer          Probationer or Supervised Releasee

11 30 06
Date