PROB 12B
(7/93)

Report Date: March 15, 2007

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 22 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

[Stamp: UNITED STATES DISTRICT COURT RECEIVED MAR 19 2007 JUSTIN L. QUACKENBUSH, SPOKANE, WASH]

Name of Offender: Christopher Edward Urbanski     Case Number: 2:03CR00105-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, U.S. District Judge

Date of Original Sentence: 10/3/2003     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture Counterfeit Currency, 18 U.S.C. § 471     Date Supervision Commenced: 6/24/2005

Original Sentence: Prison - 30 Months; TSR - 36 Months     Date Supervision Expires: 6/23/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall reside in a residential reentry center for a period of up to 120 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Urbanski violated conditions of supervised release by consuming alcohol on or about February 17, 2007. The Court may recall, a violation report was submitted on February 23, 2007, outlining the violations which occurred under supervision. It was recommended that Mr. Urbanski report to Spokane Detox immediately and continue to reside there until a bed became available for inpatient treatment. Mr. Urbanski commenced inpatient treatment on March 1, 2007. His anticipated release date is May 30, 2007. At this time, he does not have a release plan which includes a place to live. Consequently, it is recommended Mr. Urbanski resume participation at the Bannum Place upon release from treatment.

Mr. Urbanski has signed a waiver of hearing agreeing to reside at a residential reentry center for a period of up to 120 days, as directed by the supervising probation officer. It is respectfully recommended that the Court adopt the waiver of hearing to modify conditions as outlined above.

Prob 12B
Re: Urbanski, Christopher Edward
March 15, 2007
Page 2

|  |  |
|---|---|
|  | Respectfully submitted, |
| by | *TRoss* |
|  | Tommy Rosser |
|  | U.S. Probation Officer |
|  | Date: March 15, 2007 |

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/20/07
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20  You shall reside in a residential reentry center for a period of up to 120 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
    Tommy Rosser         Christopher Edward Urbanski
    U.S. Probation Officer       Probationer or Supervised Releasee

           3-16-07
           Date